# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEREMIAH GRISBY

NO. 2025 KW 0851

NOVEMBER 26, 2025

---

In Re:    Jeremiah Grisby, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 10-17-0623, 11-17-0041.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the application for postconviction relief, the State's response, if any, the commissioner's report, the trial court's ruling, the transcript of the guilty plea, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date and the application should be filed by or before February 26, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT